# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO,<br><br>        Plaintiff,<br><br>  vs.<br><br>STU SHERMAN,<br><br>        Defendant. | 1:14-cv-01401-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN UPDATED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 8, 2014. Plaintiff has neither paid the $400 filing fee in full nor filed an application to proceed in forma pauperis based on his current status. Instead, Plaintiff's application is dated November 1, 2013. Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, Plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed, with his current, updated information. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **September 22, 2014**          /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE