UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STU SHERMAN,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-01401-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR SUPPLEMENTAL COMPLAINT (ECF No. 10)<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 8, 2014. On December 22, 2014, Plaintiff filed a motion for supplemental complaint pursuant to Federal Rule of Civil Procedure 15(a). (ECF No. 10.) The Court construes Plaintiff's motion as a request to amend his complaint pursuant to Rule 15(a).

　　　　Given that Plaintiff has not previously amended his complaint, he may amend once as a matter of right at this stage in the proceedings. Fed. R. Civ. P. 15(a)(1). In other words, Plaintiff may amend his complaint without a court order. Plaintiff's amended complaint should be complete within itself without reference to a prior complaint. Local Rule 220.

///

///

1

1  Accordingly, as Plaintiff does not need leave of court to file an amended complaint, his motion
2  is HEREBY DENIED as unnecessary.  Any amended complaint should be filed within thirty (30) days
3  following service of this order.
4  IT IS SO ORDERED.

    Dated:   **January 5, 2015**        /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE