UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STU SHERMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01401-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRESENTATION OF EXHIBITS<br><br>(ECF No. 15) |

　　　Plaintiff Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 8, 2014.

　　　On February 11, 2015, the Court granted Plaintiff's motions to supplement and amend his complaint. Plaintiff's amended complaint is due on or before March 16, 2015.

　　　On February 23, 2015, Plaintiff filed a motion for presentation of exhibits. It appears that Plaintiff would like to file exhibits regarding his administrative appeals. (ECF No. 15.)

　　　As stated in the First Informational Order issued on September 10, 2014, the Court will not serve as a repository for evidence. Parties may not file evidence with the Court until it becomes necessary to do so in connection with a motion for summary judgment, trial or the Court requests otherwise. (ECF No. 4, p. 3.) Currently, this action is at the screening stage and it is not necessary for

1

Plaintiff to submit evidence in connection with a motion for summary judgment or trial. Accordingly, Plaintiff's motion for presentation of evidence is HEREBY DENIED. Plaintiff is advised that evidence improperly submitted to the Court may be stricken/returned.

IT IS SO ORDERED.

Dated: **March 2, 2015**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE