UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STU SHERMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01401-BAM (PC)<br><br>ORDER DENYIN PLAINTIFF'S SECOND MOTION FOR PRESENTATION OF EXHIBITS<br><br>(ECF No. 18) |

　　　　Plaintiff Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on September 8, 2014.

　　　　On February 11, 2015, the Court granted Plaintiff's motions to supplement and amend his complaint.  Plaintiff filed an amended complaint on February 26, 2015.

　　　　On February 23, 2015, Plaintiff filed a motion for presentation of exhibits.  (ECF No. 15.)  On March 2, 2015, the Court denied the motion, informing Plaintiff that the Court will not serve as a repository for his evidence.  (ECF No. 17.)  On the same date, Plaintiff filed a second motion for presentation of exhibits.  (ECF No. 18.)

　　　　The Court reiterates that parties may not file evidence with the Court until it becomes necessary to do so in connection with a motion for summary judgment, trial or the Court requests

1

1  otherwise.  (ECF No. 4, p. 3.)  Currently, this action is at the screening stage and it is not necessary for
2  Plaintiff to submit evidence in connection with a motion for summary judgment or trial.  Accordingly,
3  Plaintiff's second motion for presentation of evidence is HEREBY DENIED.  Plaintiff is advised that
4  evidence improperly submitted to the Court may be stricken/returned.
5  IT IS SO ORDERED.

   Dated:   **March 4, 2015**                     /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE